UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:15-CR-00197-01 |
| VERSUS | * | JUDGE DRELL |
| ALEX TRIGO-HINOJOSA (01) | * | MAGISTRATE JUDGE HANNA |

REPORT AND RECOMMENDATION
ON
FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of guilty plea and allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned United States Magistrate Judge for a change of plea hearing and allocution of the defendant, ALEX TRIGO-HINOJOSA, on April 19, 2016.  The defendant was present with his counsel, Cristie Gibbens.

After the hearing, and for the reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, and that his guilty plea to Count One of the Indictment is fully supported by a written factual basis for each of the essential elements of the offense.

Additionally, the defendant voluntarily waived the fourteen day objection period that would otherwise be available under 28 U.S.C. § 636.  (Rec. Doc. 63).

Therefore, the undersigned United States Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, Alex Trigo-Hinojosa, in accordance with the terms

of the plea agreement filed in the record of these proceedings, and that Alex Trigo-Hinojosa be finally adjudged guilty of the offense charged in Count One of the Indictment.

THUS DONE AND SIGNED in chambers, at Lafayette, Louisiana, this 2nd day of May 2016.

_____
Patrick J. Hanna
United States Magistrate Judge